**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7936

DONNIE SPELLER MOORE,

Plaintiff - Appellant,

versus

TIMOTHY M. SMITH, Garage Foreman, Individually
and in Official Capacities; J. HOWARD
LOSIEWICZ, Discipline Hearing Officer,
Individually and in Official Capacities; RICH
SHOOK, Health Service Administrator,
Individually and in Official Capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:06-
cv-00911-JFM)

Submitted: August 23, 2007          Decided: August 28, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donnie Speller Moore, Appellant Pro Se. Ariana Wright Arnold,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnie Speller Moore appeals the district court's order denying relief on his <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Moore v. Smith</u>, 1:06-cv-00911-JFM (D. Md. Oct. 31, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>